FILED

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

2006 MAY 15 P 2: 04

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.   Case No. 3:05-cr-53-J-20MCR

AARON LADD LONG
_____/

**ORDER**

The United States' Amended Motion For Reduction Of Sentence For Timely Notification Of Intent To Plead Guilty (Doc. No. 456, filed March 17 2006) is **GRANTED**. The sentencing hearing is scheduled for **Thursday, July 6, 2006 at 10:00 a.m.**

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of May, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
D. Rodney Brown, Esq.
Wade M. Rolle, Esq.
U.S. Probation